GLENN v YARBROUGH, No. 152248; Court of Appeals No. 322537.

*In re* BENTLEY ESTATE, No. 152270; Court of Appeals No. 321079.

PEOPLE v SANTIAGO-BAUTISTA, No. 152275; Court of Appeals No. 328224.

PEOPLE v HATCH, No. 152276; Court of Appeals No. 321038.

PEOPLE v MARKOVICH, No. 152277; Court of Appeals No. 320982.

PEOPLE v KATT, No. 152278; Court of Appeals No. 321698.

PEOPLE v CAMERON, No. 152281; Court of Appeals No. 320592.

TERRY v FEDERAL NATIONAL MORTGAGE ASSOCIATION, No. 152283; Court of Appeals No. 321141.

PEOPLE v OVERBEEK, No. 152290; Court of Appeals No. 319951.

PEOPLE v GOREE, No. 152296; Court of Appeals No. 328361.

PEOPLE v ANTHONY EVANS, No. 152299; Court of Appeals No. 327781.

PEOPLE v PORRAS, No. 152305; Court of Appeals No. 321183.

PEOPLE v LUMPKINS, No. 152308; Court of Appeals No. 321844.

PEOPLE v BARRY, No. 152312; Court of Appeals No. 321330.

PEOPLE v DAJUAN JOHNSON, No. 152314; Court of Appeals No. 321559.

SUTTON v WILLIAMS, No. 152315; Court of Appeals No. 320090.

PEOPLE v CRUMP, No. 152318; Court of Appeals No. 327778.

*In re* RAISBECK, No. 152320; Court of Appeals No. 327343.

PEOPLE v GARTH, No. 152325; Court of Appeals No. 327735.

PEOPLE v DEVIN WILLIS, No. 152351; Court of Appeals No. 328715.

POTTERVILLE EDUCATION ASSOCIATION MEA/NEA v POTTERVILLE PUBLIC SCHOOLS BOARD OF EDUCATION, No. 152368; Court of Appeals No. 319880.

PEOPLE v LONNIE WALKER, No. 152375; Court of Appeals No. 321707.

PEOPLE v ANGELA TANNER, No. 152382; Court of Appeals No. 327940.

PEOPLE v DUNN, No. 152387; Court of Appeals No. 328513.

JPMORGAN MORTGAGE ACQUISITION CORPORATION v CEDRIC WILLIAMS, No. 152392; Court of Appeals No. 326577.

PEOPLE v HUMPHREY, No. 152396; reported below: 312 Mich App 309.